• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

OneBeacon Insurance Company,
Pennsylvania General Insurance Company,

V.

Metro Ready-MIX, Inc.

SERVE ON: Hari Singla, Resident Agent
   2120 Annapolis Road
   Baltimore, MD 21230

**SUMMONS IN A CIVIL CASE**

CASE RDB 05CV1530

TO: (Name and address of Defendant)

Metro Ready-Mix, Inc.
2120 Annapolis Road
Baltimore, MD 21230

SERVE ON:
Hari Singla, Resident Agent
2120 Annapolis Road
Baltimore, MD 21230

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stacey A. Moffet, Esquire (Fed Bar: 23025)
Larry L. Puckett, Esquire (Fed Bar: 26343)
ECCLESTON & WOLF, P.C.
Scarlett Place, 7th Floor
729 E. Pratt Street
Baltimore, Maryland 21202
(410) 752-7474

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  6/8/05