# Priority+ Legal Services, Inc.

## PO Box 540, Reisterstown, Maryland 21136
### (410) 282-7000  Fax (410) 823-3299

### Affidavit - Return of Private Process

**U. S. District Court District of Maryland**

**Case #  RDB 051530**

**Case    OneBeacon Insurance, et. al.**

   **vs.**

   **Metro Ready-Mix, Inc.**

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

**That on 6/28/2005 at 2:30:00 PM at 2120 Annapolis Rd,  Baltimore, MD 21230**

**Hari Singla, R.A. was served with:**
**Accepted by:  Matt Oppel, Manager**

| | |
|---|---|
| ☑ **Writ of Summons** | ☐ **Confessed Judgement** |
| ☑ **Complaint** | ☐ **Show Cause Order** |
| ☐ **Injunction** | ☐ **Replevin** |
| ☐ **Interrogatories** | ☐ **Writ of Garnishment on Property** |
| ☐ **Subpoena** | ☐ **Writ of Garnishment on Wages** |
| ☐ **Notice to Take Deposition** | ☐ **Civil Non-Domestic Case Information Report** |
| ☐ **Order to Appear for Oral Exam** | ☐ **Civil Domestic Case Information Report** |
| ☑ **Supporting Documents** | ☐ **Request for Production of Documents** |

**Other:**

Civil Cover Sheet;  Complaint for Declaratory Judgment;  Notice of Filing of Lengthy Exhibit: Commercial Account Insurance Policy (Exhibit A);  Exhibit B.

**Additional Information:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Race:** | White | **Height** | 6'1" | **Hair:** | Brown | **Age:** | 30 |
| **Sex** | Male | **Weight:** | 230 | **Other:** | | | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date:  6/30/2005

_____
Private Process Server

Sworn and Subscribed to before me this _____ day of _____ , in the year _____ .

_____
Michael F. Stern
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires 02 / 01 / 07