IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ONEBEACON INSURANCE COMPANY, et al. | * |
| | * |
| Plaintiffs | * |
| v. | Case No.: 05-1530 |
| | * |
| METRO READY MIX, INC. | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Defendant, METRO READY MIX, INC., by its undersigned counsel, files this Opposition to Motion for Summary Judgment, and as grounds therefor, incorporates by reference the attached Memorandum in Support of Opposition to Motion for Summary Judgment.

/s/
Brian S. Jablon   #11174
SALTZMAN & JABLON, LLC
3201 Rogers Avenue, Suite 301
Ellicott City, Maryland 21043
Phone: (410) 313-8342
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 30th day of December, 2005, a copy of the foregoing was mailed by first class mail, postage prepaid, to Stacy A. Moffet, Esq., and Larry L. Puckett, Esq., Eccleston & Wolff, P.A., 729 E. Pratt Street, 7th Floor, Baltimore, MD 21202.

/s/
Brian S. Jablon

PLEAD\SUMAON01.MET